THE TRAVELERS INSURANCE COMPANY, RESPONDENT, v. WALTER P. GARDNER, TRUSTEE OF PENNSYLVANIA DOCK AND WAREHOUSE COMPANY, APPELLANT.

Submitted May 29, 1942—Decided October 15, 1942.

160

For the appellant, *Kalisch & Kalisch* (by *Isidor Kalisch*).

For the respondent, *James J. Skeffington* and *William J. Weliky*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Smith.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HEHER, PERSKIE, PORTER, COLIE, DEAR, RAFFERTY, HAGUE, THOMPSON, JJ.   11.

*For reversal*—PARKER, CASE, DONGES, WELLS, JJ.   4.